UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

JOSHUA PAUL,

          Defendant.

ORDER
12-CR-130A

The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). Defendant filed a motion to suppress statements taken from him at the time of his arrest on April 20, 2012, and for a bill of particulars. On January 28, 2013, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion to suppress be denied.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion to suppress is denied.

The parties shall be present for a meeting to set a trial date on February 21, 2013 at 9:00 a.m.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: February 19, 2013